IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ROBERT JAMES SPEARS,**

    *Petitioner*,

v.                                          Case No.: 5:25cv113-MW/MAL

**UNITED STATES OF AMERICA,**

    *Respondent*.

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 4, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The petition under 28 U.S.C. § 2241, ECF No. 2, is **DISMISSED without prejudice**." The Clerk shall close the file.

**SO ORDERED on June 18, 2025.**

                                        *s/Mark E. Walker*
                                        **Chief United States District Judge**